# Davis Process Service L.L.C.

1524 S. Main Street
Little Rock, AR 72202
501-376-8379   FAX 501-376-8479

UNITED STATES DISTRICT COURT

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:** 4:17-CV-603-JLH

**Date Received:** 29-Sep-17

**Attorney:** Lucien R. Gillham

**Attorney:**

**Plaintiff:** Angela Beasley

On Tuesday, October 03, 2017 at 08:42 AM I have duly served this

SUMMONS IN A CIVIL ACTION/NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE/& COMPLAINT

on Arkansas Department of Career Education by the following manner of service: by delivering a true copy to: Charisse Childers - Director. Address where party served: AFS: Charisse Childers, Ph.D., Director, 3 Capitol Mall, Little Rock, AR 72201.

Client No:

Fee: $55.00

Process server: Jan Caple

Subscribed and sworn to before me on Tuesday, October 03, 2017

My Commission expires 12/10/2020

Ethel S. Davis, Notary Public

Exibit B   page 1 of 3

AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

ANGELA BEASLEY )
)
)
)
)
Plaintiff(s) )
v. )  Civil Action No. 4:17-cv-603-JLH
)
ARKANSAS CAREER TRAINING INSTITUTE, )
et al )
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Arkansas Department of Career Education
AFS: Director (Charisse Childers, Ph.D.)
Three Capitol Mall
Little Rock, AR 72201
501-682-1500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lucien Ramseur Gillham, ARBN 99199
Sutter & Gillham, P.L.L.C.
310 West Conway Street
Benton, AR 72015
501-315-1910  FIRM
501-315-1916  FAX

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
*CLERK OF COURT*

Date:  SEP 20 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arkansas Department of Career Education

was received by me on *(date)* 10-2-17.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Charisse Childers - Director, who is designated by law to accept service of process on behalf of *(name of organization)* AR Department of Career Education on *(date)* 10-3-17; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-3-17

*Server's signature*

Jan Caple - Process Server
*Printed name and title*

1524 main street
Little Rock, AR 72202
(501)376-8379

*Server's address*

Additional information regarding attempted service, etc:

Exibit B  page 3 of 3