# Davis Process Service L.L.C.

1524 S. Main Street
Little Rock, AR 72202
501-376-8379    FAX 501-376-8479

**UNITED STATES DISTRICT COURT**

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:** 4:17-CV-603-JLH

**Date Received:** 29-Sep-17

**Attorney:** Lucien R. Gillham

**Attorney:**

**Plaintiff:** Angela Beasley

On Friday, October 06, 2017 at 10:27 AM I have duly served this

SUMMONS IN A CIVIL ACTION/NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE/& COMPLAINT

on Decarlia Smith, Individually by the following manner of service: In Person at place of employment by delivering a true copy to: Decarlia Smith. Address where party served: AR Department of Career Education, 525 West Capitol Avenue, Little Rock, AR 72201.

Process server: Jan Caple

Client No:
Fee: $55.00

Subscribed and sworn to before me on Friday, October 06, 2017
My Commission expires 12/10/2020

Ethel S. Davis, Notary Public

Exhibit C  page 1 of 3

AO 440 (Rev. 06/12) Summons in a Civil Action 

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| ANGELA BEASLEY <br><br> *Plaintiff(s)* <br> v. <br><br> ARKANSAS CAREER TRAINING INSTITUTE, et al <br><br> *Defendant(s)* | Civil Action No. 4:17-cv-603-JLH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Decarlia Smith, Individually
POE:  Arkansas Department of Career Education
Three Capitol Mall
Little Rock, AR 72201
501-682-1500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lucien Ramseur Gillham, ARBN 99199
Sutter & Gillham, P.L.L.C.
310 West Conway Street
Benton, AR 72015
501-315-1910  FIRM
501-315-1916  FAX

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
CLERK OF COURT

Date: SEP 20 2017

*Signature of Clerk or Deputy Clerk*

Exhibit C  page 2 of 3

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Decarlia Smith, Individually

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*   525 W. Capitol, LR, AR   on *(date)*   10-6-17   ; or   10:27 AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*   _____ , a person of suitable age and discretion who resides there, on *(date)*   _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   _____ , who is designated by law to accept service of process on behalf of *(name of organization)*   _____   on *(date)*   _____ ; or

☐ I returned the summons unexecuted because   _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10-6-17

*Server's signature*

Joan Caplo - Process Server
*Printed name and title*

1524 main street
Little Rock, AR 72202
(501)376-8379

*Server's address*

Additional information regarding attempted service, etc:

Exhibit C  page 3 of 3