UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

Civil Action No. _____4:17-CV-603-JLH_____

STYLE OF CASE: _Angela Beasley vs. Arkansas Career Training Institute, et al_

CLIENT: _Lucien Ramseur Gillham, P. O. Box 2012, Benton, AR 72018_

PROOF OF SERVICE

On this _10th_ day of _October_, 201_7_ at _2:00_ o'clock _Pm_
I Claude Brooks, who is over the age of 18 years, have duly served the following:

_X_ SUMMONS IN A CIVIL ACTION    _X_ COMPLAINT

_X_ NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

_X_ by delivering copies thereof to the defendant, _Lily Kersh, Individually,_
personally at _105 Reserve St., Hot Springs, AR 71902_

I declare, under penalty of perjury under the laws of the State of Arkansas that the foregoing information contained in the Proof of Service is true and correct

Executed on __10/10/17__
            Date

Claude Brooks/Process Server
170 Santa Fe St., Hot Springs, AR 71913
501-622-8965

Subscribed and sworn to before me this _10_ day of _October_, 2017
My commission expires __4-3-2026__
                                    K. Dawne Brooks
                                    Notary Public

Exhibit G  page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| ANGELA BEASLEY )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>ARKANSAS CAREER TRAINING INSTITUTE, )<br>et al )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 4:17-CV-00603-JLH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lily Kersh, Individually
POE: Arkansas Career Training Institute
105 Reserve Avenue
Hot Springs, AR 71902
Phone: 501-624-4411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lucien Ramseur Gillham, ARBN 99199
Sutter & Gillham, P.L.L.C.
310 West Conway Street
Benton, AR 72015
501-315-1910 FIRM
501-315-1916 FAX

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
CLERK OF COURT

Date: 9/25/17

_____
*Signature of Clerk or Deputy Clerk*

Exhibit G  page 2 of 2