# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF ARKANSAS

Civil Action No. _____ 4:17-CV-603-JLH _____

STYLE OF CASE: *Angela Beasley vs. Arkansas Career Training Institute, et al*

CLIENT: *Lucien Ramseur Gillham, P. O. Box 2012, Benton, AR 72018*

## PROOF OF SERVICE

On this  10th  day of  *October* , 2017  at  2:00  o'clock  Pm

I Claude Brooks, who is over the age of 18 years, have duly served the following:

X   SUMMONS IN A CIVIL ACTION        X   COMPLAINT

X   NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE
    JUDGE

X   by delivering copies thereof to the defendant, *Lily Kersh, Official Capacity,*
    personally at  *105 Reserve St., Hot Springs, AR 71902*

I declare, under penalty of perjury under the laws of the State of Arkansas that the foregoing
information contained in the Proof of Service is true and correct

Executed on  10/10/17  
          Date

                      **Claude Brooks/Process Server**  
                      **170 Santa Fe St., Hot Springs, AR 71913**  
                      **501-622-8965**

Subscribed and sworn to before me this 10th day of  October  2017

My commission expires  4-3-2026 

                      **Notary Public**

Exhibit H  page 1 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

| | |
|---|---|
| ANGELA BEASLEY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  4:17-CV-00603-JLH |
| ARKANSAS CAREER TRAINING INSTITUTE, et al | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lily Kersh, Official Capacity
POE:  Arkansas Career Training Institute
105 Reserve Avenue
Hot Springs, AR 71902
Phone: 501-624-4411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lucien Ramseur Gillham, ARBN 99199
Sutter & Gillham, P.L.L.C.
310 West Conway Street
Benton, AR 72015
501-315-1910  FIRM
501-315-1916  FAX

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
*CLERK OF COURT*

Date:  9/25/17

_____
*Signature of Clerk or Deputy Clerk*

Exhibit H  page 2 of 2