UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

Civil Action No. __4:17-CV-603-JLH__

STYLE OF CASE: *Angela Beasley vs. Arkansas Career Training Institute, et al*

CLIENT: *Lucien Ramseur Gillham, P. O. Box 2012, Benton, AR 72018*

PROOF OF SERVICE

On this *10th* day of *October*, 201*7* at *2:05* o'clock *Pm*

I Claude Brooks, who is over the age of 18 years, have duly served the following:

__X__ SUMMONS IN A CIVIL ACTION         __X__ COMPLAINT

__X__ NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

__X__ by delivering copies thereof to the defendant, *Jeanette Brewer, Individualy,* personally at *105 Reserve St., Hot Springs, AR 71902*

I declare, under penalty of perjury under the laws of the State of Arkansas that the foregoing information contained in the Proof of Service is true and correct

Executed on __10/10/17__
Date

Claude Brooks/Process Server
170 Santa Fe St., Hot Springs, AR 71913
501-622-8965

Subscribed and sworn to before me this _10_ day of _October_, 2017

My commission expires _4-3-2026_

Notary Public

Exhibit I  page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| ANGELA BEASLEY <br><br> *Plaintiff(s)* <br> v. <br> ARKANSAS CAREER TRAINING INSTITUTE, et al <br><br> *Defendant(s)* | Civil Action No. 4:17-cv-603-JLH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeanette Brewer, Individually
POE:  Arkansas Career Training Institute
105 Reserve Avenue
Hot Springs, AR 71902
Phone: 501-624-4411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lucien Ramseur Gillham, ARBN 99199
Sutter & Gillham, P.L.L.C.
310 West Conway Street
Benton, AR 72015
501-315-1910  FIRM
501-315-1916  FAX

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
*CLERK OF COURT*

Date: SEP 20 2017

*Signature of Clerk or Deputy Clerk*

Exhibit I  page 2 of 2