UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

Civil Action No. __4:17-CV-603-JLH__

STYLE OF CASE: _Angela Beasley vs. Arkansas Career Training Institute, et al_

CLIENT: _Lucien Ramseur Gillham, P. O. Box 2012, Benton, AR 72018_

PROOF OF SERVICE

On this __28th__ day of _September_, 2017 at __3:20__ o'clock __Pm__
I Claude Brooks, who is over the age of 18 years, have duly served the following:

__X__   SUMMONS IN A CIVIL ACTION        __X__   COMPLAINT

__X__   NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

__X__   by delivering copies thereof to the defendant, _Jonathan Bibb, individually,_
personally at _105 Reserve St., Hot Springs, AR 71902_

I declare, under penalty of perjury under the laws of the State of Arkansas that the foregoing information contained in the Proof of Service is true and correct

Executed on __09/28/17__        _Claude Brooks_
         Date                    Claude Brooks/Process Server
                                 170 Santa Fe St., Hot Springs, AR 71913
                                 501-622-8965

Subscribed and sworn to before me this __28th__ day of __September__, 2017
My commission expires __4-3-2026__        _K. Dawne Brooks_
                                          Notary Public

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

ANGELA BEASLEY )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:17-cv-603-JLH
)
ARKANSAS CAREER TRAINING INSTITUTE, )
et al )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jonathan Bibb, Individually
POE: Arkansas Career Training Institute
105 Reserve Avenue
Hot Springs, AR 71902
Phone: 501-624-4411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lucien Ramseur Gillham, ARBN 99199
Sutter & Gillham, P.L.L.C.
310 West Conway Street
Benton, AR 72015
501-315-1910 FIRM
501-315-1916 FAX

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
*CLERK OF COURT*

Date: SEP 20 2017

*Signature of Clerk or Deputy Clerk*

Exhibit K page 2 of 2